UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Edilberto Suárez Santiago
v.
Baxter Healthcare Corp.

CASE NUMBER: 98-1584 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 8.26.99   Docket # 23<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>Title: Motion requesting extension of time to oppose motion for summary judgment | Granted until **September 22, 1999**. If no opposition is filed by this date, the Court will consider the motion to be unopposed. No further extensions will be granted. |

Date 9/16/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


