# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Edilberto Suárez Santiago
v.
Baxter Healthcare Corp.

CASE NUMBER: 98-1584 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.16.99   **Docket # 24**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Second Motion requesting extension of time to oppose motion for summary judgment | Granted. A **final** extension is hereby granted until **October 1, 1999**. If no opposition is filed by this date, the Court will consider the motion to be unopposed. No further extensions will be granted, and no further motions for extensions of time will be considered. |

Date 9/21/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

