UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Edilberto Suárez Santiago
v.
Baxter Healthcare Corp.

CASE NUMBER: 98-1584 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 9.21.99   Docket # 27<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Motion to clarify scheduling of pretrial conference | Granted. The pretrial and settlement conference will be held on **November 10, 1999**, at 3:00 p.m. The Court hereby amends its order of September 17, 1999 (docket no. 26) as follows:<br>    Counsel for Defendant shall serve counsel for Plaintiff with a written response to Plaintiff's settlement offer by **November 2, 1999**. |

Date 10-17-99

HECTOR M. LAFFITTE
Chief U.S. District Judge


