# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Edilberto Suárez Santiago
v.
Baxter Healthcare Corp.

CASE NUMBER: 98-1584 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.3.99  **Docket #** 33<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Motion to file confidential settlement agreement under seal | Granted. The confidential settlement agreement (docket no. 34) shall remain under seal until otherwise ordered by the Court. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.3.99  **Docket #** 35<br>[x] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Notice of voluntary dismissal | Granted. The Court hereby approves the parties' settlement agreement. Judgment will be entered incorporating in full the terms of the agreement. The Court will retain jurisdiction over its terms. *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 380-82 (1994) |

Date 12/7/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


