UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Edilberto Suárez Santiago
v.                                   CASE NUMBER: 98-1584 (HL)
Baxter Healthcare Corp. & CNA Insurance Co.

## JUDGMENT

The Court having approved the parties' settlement agreement, judgment is hereby entered dismissing this case with prejudice and incorporating in full the terms of the settlement agreement. The Court shall retain jurisdiction over the settlement agreement.

DATE 12/7/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

